**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed January 14, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00770-CV

_____

**POPEYE'S LOUISIANA KITCHEN, INC. AND HZ SOUTHEAST FOODS, INC., Appellants**

**V.**

**STACEY MCBRIDE, INDIVIDUALLY AND AS NEXT FRIEND OF JANE DOE, A MINOR, Appellee**

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2018-19759**

## MEMORANDUM OPINION

This is an interlocutory appeal from an order signed September 23, 2019. On January 6, 2021, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Hassan.